**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jimmy Lee SADLER, Defendant–**
**Appellant.**

**No. 02–6250.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Jimmy Lee Sadler, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Lee Sadler seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Sadler's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Sadler*, Nos. CA–93–160; CA–01–4326 (D.S.C. Nov. 20, 2001; filed Jan. 11, 2002 & entered Jan. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*